No. 70–336.  BURKE ET AL. *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 70–5173.  THOMPSON *v.* IOWA.  Sup. Ct. Iowa. Certiorari denied.

No. 70–5346.  RINGO *v.* WINGO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–30.  FORTIS *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–153.  STEINBERG *v.* PENNSYLVANIA;
No. 71–201.  McCLOSKEY & CO., INC., ET AL. *v.* PENNSYLVANIA; and
No. 71–374.  PENNSYLVANIA *v.* McCLOSKEY ET AL. Sup. Ct. Pa.  Certiorari denied.  Reported below: 443 Pa. 117, 277 A. 2d 764.

No. 71–245.  DePANICIS ET AL. *v.* DEPARTMENT OF PUBLIC SAFETY, TOWN OF NUTLEY.  Super. Ct. N. J. Certiorari denied.

No. 71–284.  MITCHELL *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 71–312.  SMITH *v.* WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 71–408.  UNITED STATES *v.* CONNECTICUT MUTUAL LIFE INSURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.